Bradley SCHNEIDER, Relator,

v.

**ARROW TANK & ENGINEERING**
and Western National Mutual
Insurance Co., Respondents.

No. C2–93–1778.

Supreme Court of Minnesota.

Dec. 10, 1993.